United States District Court
Southern District of Texas

**ENTERED**

August 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| PUSPA KUMARI CHAUDHARY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-532 |
| | § | |
| ORLANDO PEREZ[1] *et al.* | § | |

## ORDER

On July 26, 2026, the Court granted Petitioner's Emergency Temporary Restraining Order ("TRO"), preventing Respondents from removing her to a third country without a fear-based screening (Dkt. No. 21). The Court ordered supplemental briefing on the Preliminary Injunction, and the parties timely complied (Dkt. Nos. 21, 24, 25). The Court has the matter under advisement.

Federal Rule of Civil Procedure 65(b)(2) empowers the court to extend a TRO for an additional fourteen days if it finds good cause. "The wording of Rule 65 does not foreclose the Court extending the TRO prior to receiving a subsequent renewal request from the party seeking the TRO." *Nat'l Ass'n for Gun Rts., Inc. v. Garland*, No. 4:23-CV-00830-O, 2023 WL 5610293, at *12 (N.D. Tex. Aug. 30, 2023) (citing Fed. R. Civ. P. 65(b)(2)). Good cause is present if the court needs additional "time to fully consider the various arguments and motions of the parties." *SEC v. AriseBank*, No. 3:18-CV-186-M, 2018 WL 10419828, at *1 (N.D. Tex. Mar. 9, 2018); *Jones v. Belhaven Coll.*, 98 F. App'x 283, 284 (5th Cir. 2004) (first citing *United States v. United Mine Workers of Am.*, 330 U.S. 258, 292–93 (1947); and then citing *United States v. Hall*, 472 F.2d 261, 265 (5th

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Todd Blanche is automatically substituted for Respondent Pamela Bondi in this case. The Clerk of Court is **DIRECTED** to substitute this party on the docket sheet.

Cir. 1972)) (the district court has "the inherent authority to preserve the status quo" while considering the issues). Based on the parties' briefing and the issues raised, the Court finds good cause to extend the TRO so that it can fully consider the parties' arguments.

Accordingly, the Court *sua sponte* **EXTENDS** its Order (Dkt. No. 21) enjoining Respondents from removing Petitioner from the United States to **August 24, 2026**, or until the Court rules on the preliminary injunction, whichever is earlier.

It is so **ORDERED**.

**SIGNED** August 10, 2026.

Marina Garcia Marmolejo
United States District Judge

2