United States District Court
Southern District of Texas
**ENTERED**
August 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| PUSPA KUMARI CHAUDHARY, | § | |
| *Peitioner,* | § | |
| | § | |
| v. | § | Civil No. 5:26-cv-00532 |
| | § | |
| ORLANDO PEREZ, | § | |
| MIGUEL VERGARA, | § | |
| MARKWAYNE MULLIN, | § | |
| and TODD BLANCHE, | § | |
| *Respondents.* | § | |

## <u>ORDER</u>

Counsel for the Parties are **ORDERED** to attend a brief status conference before the undersigned on **August 14, 2026, at 2:30 p.m., by Zoom**.  Counsel shall be prepared to address the procedural posture of this case and, specifically, how Petitioner's grant of asylum and the subsequent appeal period affect their arguments regarding the preliminary injunction.  *See* Dkt. No. 25 at 12.  Zoom information will be sent to the parties by email prior to the status conference.

IT IS SO ORDERED

Signed this August 13, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge