United States District Court
Southern District of Texas
**ENTERED**
August 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| PUSPA KUMARI CHAUDHARY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-532 |
| | § | |
| ORLANDO PEREZ *et al.* | § | |

**ORDER**

On August 14, 2026, United States Magistrate Judge Diana Song Quiroga held a status conference regarding recent developments in Petitioner's immigration proceeding. Following Petitioner's filing of her Application for a Preliminary Injunction (Dkt. No. 19), an IJ granted her asylum (Dkt. No. 25 at 12 n.1). The IJ's order will become final on September 2, 2026, and Respondents advised the Court that DHS does not intend to appeal it (Min. Ent. Aug. 14, 2026). *See* 8 C.F.R. § 1241.1(C). The parties conferred, and Respondents consented to the Court extending the TRO until DHS's appeal period lapses (Min. Ent. Aug. 14, 2026). Then, assuming DHS does not appeal, Petitioner's counsel advised that on September 3, 2026, she will move to dissolve the TRO and withdraw the preliminary injunction application (Min. Ent. Aug. 14, 2026). The parties will then file a joint stipulation of dismissal of this action (Min. Ent. Aug. 14, 2026).

Generally, when a court extends a TRO beyond twenty-eight days, it will be construed as a preliminary injunction. *Dellinger v. Bessent*, 768 F. Supp. 3d 30, 32 (D.D.C. 2025) (citation omitted); *see also Jones v. Belhaven Coll.*, 98 F. App'x 283, 284 (5th Cir. 2004) (first citing Fed. R. Civ. P. 65; and then citing *Sampson v. Murray*, 415 U.S. 61, 86–88 (1974)). However, an adverse party may consent to the Court's extension of a TRO beyond the time limit contemplated in the rule. Fed. R. Civ. P. 65(b)(2); *Jones*, 98 F. App'x

at 284. Based on Respondents' consent and the parties' representations at the status conference, the Court **EXTENDS** its Order (Dkt. No. 21) enjoining Respondents from removing Petitioner from the United States to **September 2, 2026**. Fed. R. Civ. P. 65(b)(2).

It is so **ORDERED**.

**SIGNED** August 17, 2026.

Marina Garcia Marmolejo
United States District Judge